McCAN & HARRELL v. STEAMER GOLDEN AGE, et als.

Citation being the essential ground of all civil actions, in ordinary proceeding, the neglect of that formality annuls radically all proceedings had, unless the defendants have voluntarily appeared in the suit and answered the demand.

APPEAL from the Fifth District Court of New Orleans, *Eggleston*, J. B. Egan, for plaintiffs.

HYMAN, C. J. Judgment was rendered against defendant, Joseph R. Shannon, recognizing therein a privilege on the steamboat Golden Age. He has appealed.

This case has to be remanded, because defendant did not appear and answer in the lower court, and citation was not served on him. See Code Practice, 206.

Judgment is reversed, and the case is remanded, to be proceeded in according to law.

JONES, J., absent.